MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## DUNCAN LIVERY CO., et al. V. ALA. MILL & ELE-VATOR CO.

### Assumpsit.

(Decided April 19th, 1906.  40 So. Rep. 661.)

APPEAL from Birmingham City Court.
Heard before HON. C. W. FERGUSON.
Affirmed.
Per curiam.

---

## DUNCAN LIVERY CO., et al. V. ALA. MILL & ELE-VATOR CO.

### Assumpsit.

(Decided April 19th, 1906.  40 So. Rep. 661.)

APPEAL from Birmingham City Court.
Heard before HON. C. W. FERGUSON.
Affirmed.
Per curiam.

---

## MILLENDER V. THE STATE.

### Assault With Intent to Murder.

(Decided April 19th, 1906. 40 So. Rep. 664.)

APPEAL from Monroe Circuit Court.
Heard before Hon. JOHN T. LACKLAND.
J. N. MILLER and McCORVEY & HARE, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by DENSON, J.
WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.

---

## SHACKLEFORD V. THE STATE.

### Assault With Intent to Murder.

(Decided April 20th, 1906.  40 So. Rep. 665.)

APPEAL from Bibb Circuit Court.
Heard before HON. B. M. MILLER.